UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Case Number: 25-01506-lmj7 |
| Sharlea Crippen | Chapter 7 |
| Gavin Crippen | |
| Debtors | |

## DEBTORS MOTION TO EXTEND THE DEADLINE TO FILE REAFFIRMATION AGREEMENT(S)

Now comes Sharlea and Gavin Crippen, (the "Movant") who files this Motion To Extend the Deadline to File Reaffirmation Agreements pursuant to Federal Rule of Bankruptcy Procedure 4008(a).

1. The Movant desires to reaffirm certain debts and the time limit for reaffirming is about to expire. Bankruptcy Rule 4008 requires reaffirmation agreements to be filed no later than 60 days after the date first set for the meeting of creditors.

2. The filing deadline for reaffirmation agreements may be extended "at any time" pursuant to Rule 4008; however, 11 U.S.C. § 524(c)(1) still requires reaffirmation agreements to be entered into before a debtor(s)' discharge.

3. An extension of the deadline for filing reaffirmation agreements by thirty (30) days to December 23, 2025, together with a corresponding delay in entry of discharge order will allow the debtor(s) to file all of their reaffirmation agreements as provided by the Bankruptcy Code and Rules.

Accordingly, the debtor(s) requests an Order extending the deadlines by thirty (30) days for filing reaffirmation agreements under Bankruptcy Rule 4008, as well as a corresponding extension of the time before the Clerk enters a discharge order in this case.

Respectfully submitted,

/s/ Robb D. Goedicke
_____

Robb D. Goedicke                              AT0002845
Neighborhood Law Group of Iowa, P.C.
1601 West Lakes Pkwy, Suite 210
West Des Moines, IA  50266
Telephone: (515) 225-1499
Facsimile:  (515) 650-9320
robb@nlgiowa.com
ATTORNEY FOR DEBTORS