IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 25-01506-lmj7 |
| SHARLEA CRIPPEN, | ) | |
| GAVIN CRIPPEN, | ) | TRUSTEE'S MOTION TO COMPEL |
| | ) | TURNOVER OF PROPERTY |
| Debtors. | ) | |

COMES NOW Charles L. Smith, Trustee, and states to the Court for his Motion to Compel Turnover of Property pursuant to 11 U.S.C. §542, the following:

1.     The Debtors filed a Petition for relief under Chapter 7 on August 30, 2025, and the first meeting of creditors was held on September 24, 2025.

2.     The Debtors have the following asset in their possession which is not exempt, and which should be turned over to the Trustee to be administered in this bankruptcy estate: 2025 state and federal tax returns and any non-exempt tax refunds.

WHEREFORE, Charles L. Smith, Trustee prays that the Debtors be ordered to turnover possession of said property to the Trustee; and for such other and further relief as is just.

DATED: May 12, 2026.

/s/ Charles L. Smith
Charles L. Smith, Trustee AT0007415
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone:  (712) 325-9000
Facsimile:  (712) 328-1946
E-mail:  csmith@telpnerlaw.com

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and by first class mail on May 12, 2026, to the following non-CM/ECF participants:

Sharlea Crippen
Gavin Crippen
826 E. 25th Ct.
Des Moines, IA 50317

/s/ Denise Parish